**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): ____________________

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Jason<br>First name<br>________<br>Middle name<br>Mowatt<br>Last name<br>________<br>Suffix (Sr., Jr., II, III) | ________<br>First name<br>________<br>Middle name<br>________<br>Last name<br>________<br>Suffix (Sr., Jr., II, III) |
| 2. **All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | ________<br>First name<br>________<br>Middle name<br>________<br>Last name<br>________<br>First name<br>________<br>Middle name<br>________<br>Last name<br>________<br>Business name (if applicable)<br>________<br>Business name (if applicable) | ________<br>First name<br>________<br>Middle name<br>________<br>Last name<br>________<br>First name<br>________<br>Middle name<br>________<br>Last name<br>________<br>Business name (if applicable)<br>________<br>Business name (if applicable) |
| 3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx – xx – 9 1 1 3<br>OR<br>**9** xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>**9** xx – xx – ____ ____ ____ ____ |

Debtor 1 Jason Mowatt (First Name / Middle Name / Last Name) Case number (*if known*) ______

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN __ __ – __ __ __ __ __ __ __<br>EIN __ __ – __ __ __ __ __ __ __ | EIN __ __ – __ __ __ __ __ __ __<br>EIN __ __ – __ __ __ __ __ __ __ |
| **5. Where you live** | 1200 South Figueroa Street<br>Number Street<br>Unit W3224<br>Los Angeles CA 90015<br>City State ZIP Code<br>Los Angeles<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number Street<br><br>City State ZIP Code<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 Jason Mowatt
First Name Middle Name Last Name

Case number (*if known*)

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

District ______ When ______ (MM / DD / YYYY) Case number ______

District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor ______ Relationship to you ______

District ______ When ______ (MM / DD / YYYY) Case number, if known ______

Debtor ______ Relationship to you ______

District ______ When ______ (MM / DD / YYYY) Case number, if known ______

**11. Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

- ☑ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 Jason Mowatt
First Name Middle Name Last Name

Case number (*if known*)

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

12. **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 Jason Mowatt
First Name Middle Name Last Name

Case number (*if known*)

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? __________

If immediate attention is needed, why is it needed? __________

Where is the property? __________
Number Street

City State ZIP Code

Debtor 1 Jason Mowatt
First Name Middle Name Last Name

Case number (*if known*)

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Jason Mowatt Case number (*if known*)

First Name Middle Name Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

____________________________________________

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ [signature] Signature of Debtor 1

Executed on 01/15/2026
MM / DD / YYYY

✘ ________________ Signature of Debtor 2

Executed on ________
MM / DD / YYYY

Debtor 1 Jason Mowatt (First Name / Middle Name / Last Name) Case number (if known)

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s David B. Shemano
Signature of Attorney for Debtor

Date 01/15/2026
MM / DD / YYYY

David B. Shemano
Printed name

ShemanoLaw
Firm name

1801 Century Park East, Suite 2500
Number Street

Los Angeles, CA 90067
City, State, ZIP Code

Contact phone (310) 492-5033

Email address dshemano@shemanolaw.com

176020
Bar number

CA
State

**JASON MOWATT**

**LIST OF 20 LARGEST UNSECURED CREDITORS**

| Creditor | Nature of Claim | Amount |
|---|---|---|
| Dela Yador<br>c/o Catherine J. Diang, Esq.<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000<br>cdjang@pbwt.com | Partnership claim and judgment (disputed) | $1,981,828 |
| Beattie Padovano, LLC<br>Attn: Martin R. Kafafian, Esq.<br>200 Market Street, Suite 401<br>Montvale, NJ 07645<br>(201) 799-2101<br>mkafafian@beattielaw.com | Professional services (contingent) | $246,973 |
| American Express Company<br>Attn: Legal Department<br>43 Butterfield Circle<br>El Paso, TX 79906 | Credit card | $ 188,535 |
| Georgia Department of Revenue — Sales Tax Payments<br>PO Box 105408<br>Atlanta, GA 30348-5408 | Sales tax | $122,222 |
| North Carolina Department of Revenue — Sales & Use Tax Payment<br>PO Box 25000<br>Raleigh, NC 27640-0640 | Sales tax | $118,076 |

**JASON MOWATT**

**LIST OF 20 LARGEST UNSECURED CREDITORS**

| Creditor | Nature of Claim | Amount |
|---|---|---|
| Texas Comptroller of Public Accounts — Sales Tax Payment<br>111 E. 17th Street<br>Austin, TX 78774 | Sales tax | $104,235 |
| Tennessee Department of Revenue — Sales & Use Tax Payment<br>500 Deaderick Street<br>Nashville, TN 37242 | Sales tax | $91,022 |
| City of Chicago – Department of Finance<br>City Hall, Room 107<br>121 N LaSalle Street<br>Chicago, IL 60602 | Sales tax | $72,445 |
| Florida Department of Revenue — Sales & Use Tax Payment<br>5050 West Tennessee Street<br>Mail Stop 3-2000<br>Tallahassee, FL 32399-0112 | Sales tax | $71,586 |
| Pennsylvania Department of Revenue — Sales & Use Tax Payment<br>1 Revenue Place<br>Harrisburg, PA 17129-0001 | Sales tax | $63,656 |

**JASON MOWATT**

**LIST OF 20 LARGEST UNSECURED CREDITORS**

| Creditor | Nature of Claim | Amount |
|---|---|---|
| Comptroller of Maryland — Sales & Use Tax Payments<br>Revenue Administration Center<br>80 Calvert Street<br>Annapolis, MD 21404 | Sales tax | $57,529 |
| Michigan Department of Treasury — Sales & Use Tax Payment<br>P.O. Box 30406<br>Lansing, MI 48909-7906 | Sales tax | $55,483 |
| Louisiana Department of Revenue — Sales Tax Payment<br>P.O. Box 201<br>Baton Rouge, LA 70821 | Sales tax | $54,112 |
| Missouri Department of Revenue — Sales & Use Tax Payments<br>301 West High Street<br>Jefferson City, MO 65101 | Sales tax | $46,884 |
| New Jersey Division of Taxation — Sales Tax Payments<br>PO Box 281<br>Trenton, NJ 08695-0281 | Sales tax | $46,556 |
| Ohio Department of Taxation — Sales & Use Tax Payment<br>PO Box 2679<br>Columbus, OH 43270-2679 | Sales tax | $43,614 |

**JASON MOWATT**

**LIST OF 20 LARGEST UNSECURED CREDITORS**

| Creditor | Nature of Claim | Amount |
|---|---|---|
| Arkansas Department of Finance & Administration — Sales & Use Tax<br>P.O. Box 3566<br>Little Rock, AR 72203 | Sales tax | $31,575 |
| Indiana Department of Revenue — Sales & Use Tax Payments<br>P.O. Box 7224<br>Indianapolis, IN 46207-7224 | Sales tax | $24,881 |
| California Department of Tax and Fee Administration (Sales & Use Tax)<br>P.O. Box 942879<br>Sacramento, CA 94279-7072 | Sales tax | $23,900 |

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles, California

Date: January 15, 2026

Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**IN RE JASON MOWATT**

## DECLARATION OF DEBTOR PURSUANT TO 11 U.S.C. § 1116(1)(B)

I, Jason Mowatt, declare as follows:

1. I am the debtor in this subchapter V bankruptcy case. Each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness to do so, I could competently testify thereto.

2. I make this declaration pursuant to 11 U.S.C. § 1116(1)(B).

3. I am the sole member and manager, and primary operator, of Trap Karaoke LLC, which is an operating business. When Trap Karaoke has available funds, I receive a distribution and/or salary which I use to pay my personal expenses. While Trap Karaoke maintains financial statements, as an individual I do not, so do not have a prepared balance sheet, statement of operations or cash flow statement related to my personal finances that I can provide with my bankruptcy filing.

4. My most recent federal tax return is being submitted with my bankruptcy petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of January 2026, at Los Angeles, CA.

______________________________
Jason Mowatt

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Central District Of California

**In re**

JASON MOWATT

**Debtor**

Case No. ____________

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hourly rate

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ see below

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

2. The source of the compensation paid to me was:

   ☐ Debtor ☒ Other (specify) Funds paid by Trap Karaoke LLC, an entity wholly owned by the Debtor

3. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

ShemanoLaw received $43,000 prepetition, of which $15,802 was applied to fees and expenses prior to the petition filing.

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Services governed by engagement letter dated October 24, 2025.
Postpetition services provided at standard hourly rate.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| January 15, 2026 | /s David B. Shemano |
| *Date* | *Signature of Attorney* |
| | ShemanoLaw |
| | *Name of law firm* |

<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David B. Shemano (State Bar No. 176020)<br>dshemano@shemanolaw.com<br>SHEMANOLAW<br>1801 Century Park East, Suite 2500<br>Los Angeles, CA 90067<br>Telephone: (310) 492-5033<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor*</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION</td></tr>
<tr><td>In re:<br><br>JASON MOWATT,<br><br>Debtor(s).</td><td>CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]**</td></tr>
</table>

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 6 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 01/15/2026 ____________________ Signature of Debtor 1

Date: ____________________ Signature of Debtor 2 (joint debtor) (if applicable)

Date: ____________________ Signature of Attorney for Debtor (if applicable)

Alabama Department of Revenue
PO Box 327790
Montgomery, AL 36132-7790

American Express
PO Box 981535
El Paso, TX 79998-1535

Arizona Department of Revenue
PO Box 29010
Phoenix, AZ 85038

Arkansas Department of Finance
& Administration
PO Box 3566
Little Rock, AR 72203

Beattie Padovano, LLC
200 Market Street Suite 401
Montvale, NJ 07645

California Department of Tax and
Fee Administration
PO Box 942879
Sacramento, CA 94279-7072

City of Chicago - Department of Finance
City Hall Room 107
121 N LaSalle Street
Chicago, IL 60602

Collection Bureau Hudson Valley
PO Box 831
Newburgh, NY 12551

Colorado Department of Revenue
Denver, CO 80261-0006

Comptroller of Maryland
Revenue Administration Center
80 Calvert Street
Annapolis, MD 21404

Connecticut Department of Revenue
Services
450 Columbus Boulevard Suite 1
Hartford, CT 06103

Dela Yador
6775 Selma Avenue Apartment 317
Los Angeles, CA 90028-7495

Florida Department of Revenue
5050 West Tennessee Street
Mail Stop 3-2000
Tallahassee, FL 32399-0112

Georgia Department of Revenue
Taxpayer Service Division
PO Box 105499
Atlanta, GA 30348

Georgia Department of Revenue
Sales Tax Payments
PO Box 105408
Atlanta, GA 30348-5408

Illinois Department of Revenue
PO Box 19043
Springfield, IL 62794

Indiana Department of Revenue
PO Box 7224
Indianapolis, IN 46207-7224

Jackson Smith, LLC
148 N High Street
Gahanna, OH 43230

Kentucky Department of Revenue
600 West Cedar Street 2nd Floor West
Louisville, KY 40202-2310

Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA 70821

Massachusetts Department of Revenue
PO Box 7000
Boston, MA 02204

Michigan Department of Treasury
PO Box 30406
Lansing, MI 48909-7906

Michigan Department of Treasury
Attn Collections
Lansing, MI 48922

Minnesota Department of Revenue
600 North Robert Street
St. Paul, MN 55101

Minnesota Revenue
Attn Collection Division
600 North Robert Street
St. Paul, MN 55146

Minnesota Revenue
PO Box 64564
St. Paul, MN 55146

Missouri Department of Revenue
Taxation Division
PO Box 3390
Jefferson City, MO 65105

Missouri Department of Revenue
301 West High Street
Jefferson City, MO 65101

New Jersey Division of Taxation
PO Box 281
Trenton, NJ 08695-0281

New York State Department of Taxation
Attn OPTS-Sales Tax Liability Resolution
W A Harrinan Campus
Albany, NY 12227

New York State Department of Taxation
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0640

Office of Tax and Revenue
PO Box 96384
Washington, DC 20090-6384

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216

Ohio Department of Taxation
PO Box 2679
Columbus, OH 43270-2679

PATTERSON BELKNAP WEBB & TYLER LLP
Attn Catherine J. Diang
1133 Avenue of the Americas
New York, New York 10036

Pennsylvania Department of Revenue
1 Revenue Place
Harrisburg, PA 17129-0001

ShemanoLaw
1801 Century Park East
Suite 2500
Los Angeles, CA 90067

South Carolina Department of Revenue
1 South Park Circle Suite 100
Charleston, SC 29407

State of Delaware - Division of Revenue
820 N French Street
PO Box 8763
Wilmington, DE 19899

Tennessee Department of Revenue
500 Deaderick Street
Andrew Jackson State Office Building
Nashville, TN 37242

Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774

Texas Controller of Public Accounts
PO Box 13528
Austin, TX 78774-0100

Texas Controller of Public Accounts
PO Box 149359
Austin, TX 78774-0100